# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MAKSIM A. KOTELENETS and SVETLANA Y. KOTELENETS, | ) ) ) |
| Plaintiffs, | ) 02 C 0664 |
| | ) Judge Pallmeyer |
| v. | ) Magistrate Judge Levin |
| | ) |
| SIB MORTGAGE CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on February 11, 2002, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the following document: **STIPULATION OF DISMISSAL**, a copy of which is attached and hereby served upon you.

/s/ Julie Cobalovic
Julie Cobalovic

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Cobalovic
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Julie Cobalovic, certify that on February 11, 2002, I caused a true and accurate copy of this notice and the documents referred to therein to be served via U.S. mail upon each of the following parties:

Peter C. John
Gregory J. Bird
Christina D. Ketcham
Williams Montgomery & John Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200
(312) 443-1323 (FAX)

R. Bruce Allensworth
Irene Freidel
Brian M. Forbes
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (FAX)

                                                                                                         */s/ Julie Cobalovic*
                                                                                                             Julie Cobalovic

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAKSIM A. KOTELENETS and<br>SVETLANA Y. KOTELENETS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 02 C 0664<br>Judge Pallmeyer |
| v. | )<br>) | Magistrate Judge Levin |
| SIB MORTGAGE CORP., | )<br>) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties in this action, plaintiffs, Maksim A. Kotelenets and Svetlana Y. Kotelenets, and defendant, SIB Mortgage Corporation hereby stipulate that this action be dismissed with prejudice as to all claims asserted by plaintiff Plaintiffs, Maksim A. Kotelenets and Svetlana Y. Kotelenets against defendant SIB Mortgage Corporation and each party shall bear its own costs and expenses, including attorneys fees, and waive any rights of appeal.

Signed: *Julie Cobalovic*             Signed: _____
Dated: 2/10/03                         Dated: 2/10/03

For Maksim A. Kotelenets               For SIB Mortgage Corporation

FILED FEB 11 2003 MICHAEL W. DOBBINS CLERK, U.S DISTRICT COURT